UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

v.                                       CASE NO.

LOWRY CONSTRUCTION &
FRAMING, INC., C.B. CONTRACTORS, LLC,
and THE BARTRAM, LLC,

    Defendant.

_____/

**COMPLAINT FOR DECLARATORY RELIEF**

Plaintiff CRUM & FORSTER SPECIALTY INSURANCE COMPANY ("Crum & Forster Specialty") brings this action for declaratory relief against LOWRY CONSTRUCTION & FRAMING, INC. ("Lowry"), C.B. CONTRACTORS, LLC ("C.B."), and THE BARTRAM, LLC ("Bartram") and alleges:

**PARTIES, JURISDICTION AND VENUE**

1. This is an action for declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202 for the purpose of determining an actual controversy between the parties involving the issue of insurance coverage availability for defects allegedly arising out of the construction and development of an apartment complex known as The Bartram ("the project"), located in Gainesville, Florida.

2. Crum & Forster Specialty is an insurance company incorporated under the laws of the state of Arizona, with its principle place of business in Morristown, New Jersey.

1

3. Lowry is a Florida corporation, with its principle place of business in Pensacola, Florida.

4. C.B. is a Georgia limited liability company, with its principle place of business in Atlanta, Georgia.

5. Bartram is a Delaware limited liability company, with its principle place of business in Miami, Florida.

6. Complete diversity of citizenship exists in this matter.

7. The amount in controversy exceeds the sum of Seventy-Five Thousand ($75,000) Dollars, exclusive of interest and costs.

8. Accordingly, this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332.

9. Venue in this district is proper since the material events related to the underlying lawsuit occurred in this district.

## UNDERLYING ACTION

10. C.B. served as the general contractor for the construction of the project under a July 27, 2007 contract with Bartram, the owner of the project.

11. On December 11, 2009, Bartram filed a complaint against C.B. in this Court, Case No. 1-09-CV-254-SPM-GRJ.

12. On April 21, 2010, C.B. filed a third-party complaint against several entities, including Lowry.

13. On June 23, 2010, Bartram filed an amended complaint against C.B., which added Cambridge Builders & Contractors, LLC as a defendant. Bartram's amended complaint alleges myriad claims of defective work and damage to the project that appear to fall within Lowry's

2

Thornton, Davis & Fein, P.A., Attorneys at Law
BRICKELL BAYVIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 • TELEPHONE (305) 446-2646

scope of work. (A copy of Bartram's amended complaint, without its attached exhibits, is attached hereto as Exhibit "A." The exhibits thereto are voluminous and are in the possession of the defendants named herein.)

14. On February 27, 2011, the court accepted C.B.'s amended third-party complaint as filed. The third-party complaint names as defendants various subcontractors involved in the construction of the project, including Lowry. (A copy of C.B.'s amended third-party complaint, without its attached exhibits, is attached hereto as Exhibit "B." The exhibits thereto are voluminous and are in the possession of the defendants named herein.) C.B.'s amended third-party complaint alleges, among other things, that any liability that may be found against C.B. for damage caused by Lowry's work is the responsibility of Lowry.

15. On July 6, 2007 Lowry entered into a contract with CB to serve as the rough framing work subcontractor on the project. (A copy of the subcontract between C.B. and Lowry is attached hereto as Exhibit "C.") Pursuant to Exhibit "B" to the subcontract between C.B. and Lowry, Lowry's scope of work included layout and framing of exterior and interior walls, installation of all floor plywood, installation of all pre-engineered floor trusses, roof trusses, and LVL/PSL beams, installation of all stair landings, installation of all exterior sheathing, installation of soffit and fascia, installation of all various hardware and truss hangers, installation of drywall concealed in framing below roof truss areas, installation of sill sealer gaskets and termite shields, installation of bottom and top plates, load bearing studs and non-load bearing studs, floor decking, vapor barrier, and roof decking. Upon information and belief, the certificate of occupancy for the project was issued sometime in September 2008.

THORNTON, DAVIS & FEIN, P.A., ATTORNEYS AT LAW
BRICKELL BAYVIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 • TELEPHONE (305) 446-2646

## CRUM & FORSTER SPECIALTY POLICIES

16.  Crum & Forster Specialty issued three commercial general liability policies to Lowry as follows: (1) policy number GLO 101049, with a policy period effective December 14, 2006 through December 14, 2007 (a copy of the policy is attached hereto as Exhibit "D"), (2) policy number GLO 111060, with a policy period effective December 14, 2007 through December 14, 2008 (a copy of the policy is attached hereto as Exhibit "E"), and (3) policy number GLO 140993, with a policy period effective December 14, 2008 through December 14, 2009 (a copy of the policy is attached hereto as Exhibit "F").

17.  Crum & Forster Specialty is currently defending Lowry under policy number GLO 140993 subject to a reservation of rights. Crum & Forster Specialty has also reserved its rights under policy numbers GLO 101049 and GLO 111060. (Copies of the reservation of rights letters dated October 30, 2009 and December 19, 2011 that Crum & Forster Specialty issued to Lowry under the policies are attached hereto as Composite Exhibit "G.")

18.  Crum & Forster Specialty is currently defending C.B. as an additional insured under policy number GLO 140993 subject to a reservation of rights. (Copies of the reservation of rights letters dated August 31, 2009 and February 1, 2011 issued to C.B. under policy number GLO 140993 is attached hereto as Composite Exhibit "H.")

19.  The Commercial General Liability Coverage Form (CG 00 01 1204) in all three policies states the following: "Throughout this policy, the words 'you' and 'your' refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy." The Named Insured in each policy is Lowry Construction & Framing, Inc.

THORNTON, DAVIS & FEIN, P.A., ATTORNEYS AT LAW
BRICKELL BAYVIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 • TELEPHONE (305) 446-2646

20. Each policy contains an "Additional Insured – Owners, Lessees Or Contractors – Scheduled Person or Organization" endorsement (form CG 20 10 07 04), which states as follows:

**ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION**

This endorsement modifies insurance provided under the following:

COMMON GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name of Additional Insured Person(s) Or Organization(s) | Locations |
|---|---|
| As required by written contract | As required by written contract |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

A. **Section II – Who Is an Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for 'bodily injury', 'property damage' or 'personal and advertising injury' caused, in whole or in part, by:

    1. Your acts or omissions; or

    2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

B. With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to 'bodily injury' or 'property damage' occurring after:

    1.     All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by and or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    2.     That portion of 'your work' out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Accordingly, the insurance provided to C.B. as an additional insured is limited to liability for "'property damage' caused, in whole or in part, by the acts or omissions" of Lowry or its subcontractors during the performance of ongoing operations.

    21.    Each policy contains an "Additional Insured – Owners, Lessees Or Contractors – Completed Operations" endorsement (form CG 20 37 07 04), which states as follows:

**ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name of Additional Insured Person(s) Or Organization(s): | Location And Description of Completed Operations |
|---|---|
| AS REQUIRED BY WRITTEN CONTRACT | AS REQUIRED BY WRITTEN CONTRACT |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**Section II – Who Is an Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for 'bodily injury' or 'property damage' caused, in whole or in part, by

THORNTON, DAVIS & FEIN, P.A., ATTORNEYS AT LAW
BRICKELL BAYVIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 • TELEPHONE (305) 446-2646

'your work' at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the 'products-completed operations hazard.'

Accordingly, the insurance provided to C.B. as an additional insured is limited to liability for "'property damage' caused, in whole or in part, by" Lowry or its subcontractors after operations were complete.

22. The Commercial General Liability Coverage Form also states, in relevant part, that Crum & Forster Specialty "will pay those sums that the insured becomes legally obligated to pay as damages because of . . . 'property damage' . . . caused by an 'occurrence' . . . during the policy period." The policies define the term "property damage," in relevant part, as "physical injury to tangible property, including all resulting loss of use of that property." The term "occurrence" is defined by the policies as an "accident, including continuous or repeated exposure to substantially the same general harmful conditions."

23. The insurance provided by the Commercial General Liability Coverage Form does not apply to "property damage" to "That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the 'property damage' arises out of those operations." (Exclusion 2.j.(5))

24. The insurance provided by the Commercial General Liability Coverage Form does not apply to "property damage" to "That particular part of any property that must be restored, repaired or replaced because 'your work' was incorrectly performed on it" during ongoing operations. (Exclusion 2.j.(6))

25. The insurance provided by the Commercial General Liability Coverage Form does not apply to "'Property damage' to 'your product' arising out of it or any part of it." (Exclusion 2.k)

7

26.  The insurance provided by the Commercial General Liability Coverage Form does not apply to "'Property damage' to 'your work' arising out of it or any part of it and included in the 'products-completed operations hazard'" to the extent the work was not performed by a subcontractor. (Exclusion 2.l)

27.  The insurance provided by the Commercial General Liability Coverage Form does not apply to "'Property damage' to 'impaired property' or property that has not been physically injured, arising out of . . . A defect, deficiency, inadequacy or dangerous condition in 'your product' or 'your work' . . . ." (Exclusion 2.m.(1))

28.  The insurance provided by the Commercial General Liability Coverage Form does not apply to "'Property damage' to 'impaired property' or property that has not been physically injured, arising out of . . . A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms." (Exclusion 2.m.(2))

29.  The insurance provided by the policies does not apply to "property damage" that first occurred, first existed, or began to occur prior to the inception of the policies. (*See* "Continuous or Progressive Injury and Damage Exclusion" endorsement (form CFSGL 163 0405)).

30.  The insurance provided by the policies does not apply to "property damage," "which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any 'fungi' or bacteria . . . regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage." (*See* "Fungi or Bacteria Exclusion" endorsement (form CG 21 67 04 02))

## COUNT I

8

THORNTON, DAVIS & FEIN, P.A., ATTORNEYS AT LAW
BRICKELL BAYVIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130  •  TELEPHONE (305) 446-2646

31. Crum & Forster Specialty incorporates and re-alleges paragraphs 1 through 30 as if fully set forth herein.

32. An actual, present and existing controversy has arisen between Crum & Forster Specialty and Lowry, C.B., and Bartram, as to Crum & Forster Specialty's obligations, if any, under the contracts of insurance identified in paragraph 16 herein, with respect to the claims being asserted against Lowry in the underlying suit.

33. Claims for the cost of repairing and replacing defective construction installed or performed by Lowry do not constitute "property damage" as defined by the policies and by applicable Florida law.

34. Claims for damage that took place during ongoing operations are excluded under exclusions "2.j(5)" and "2.j(6)."

35. Claims for damage to any of Lowry's products are excluded under exclusion "2.k."

36. Claims for damage caused by Lowry's work to the completed project are excluded under exclusion "2.l."

37. Claims for damage caused by Lowry's work to impaired property or property not physically injured are excluded under exclusion "2.m."

38. Claims for damage that first occurred, is alleged to have first existed, or began to occur prior to the inception of the policies are excluded under the policies' "Continuous or Progressive Injury and Damage Exclusion" endorsement (form CFSGL 163 0405).

39. Claims for damage related to mold is excluded whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage are excluded under the policies' "Fungi or Bacteria Exclusion" endorsement (form CG 21 67 04 02).

THORNTON, DAVIS & FEIN, P.A., ATTORNEYS AT LAW
BRICKELL BAYVIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 • TELEPHONE (305) 446-2646

40. There is a *bona fide*, actual, present need for the declaration of the parties' rights and obligations under the subject policies.

41. This Court's declaration will confer certainty on the parties with respect to their rights, duties, and obligations under the policies and will, therefore serve the interests of justice.

WHEREFORE, Crum & Forster Specialty respectfully requests this Court determine the extent of its duties, if any, to defend and indemnify Lowry and C.B. under the referenced policies with respect to the underlying lawsuits filed by C.B. and Bartram, and to grant such other relief as the Court deems just and proper.

DATED this the ___ day of January, 2012

Respectfully submitted,

By: /s/ Holly S. Harvey
    **HOLLY S. HARVEY**
    Fla. Bar No. 970190
    **THORNTON, DAVIS & FEIN, P.A.**
    *Counsel for Crum & Forster*
    *Specialty Insurance Company*
    80 S.W. 8th Street, Suite 2900
    Miami, Florida 33130
    Tel: (305) 446-2646
    Fax: (305) 441-2374
    harvey@tdflaw.com

10

THORNTON, DAVIS & FEIN, P.A., ATTORNEYS AT LAW
BRICKELL BAYVIEW CENTRE, SUITE 2900, 80 SOUTHWEST 8TH STREET, MIAMI, FLORIDA 33130 • TELEPHONE (305) 446-2646